UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>FERNANDO ZAPATA-BERMUDEZ,   )<br>  )<br>Defendant.   )<br>_____ ) | CRIMINAL NO. 05-342-19 (RCL)<br><br>FILED<br>MAY 0 8 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

### ORDER

Now before the Court comes defendant's unopposed oral motion for transfer to the Correctional Treatment Facility ("CTF"). Upon consideration of the motion and the fact that the evidence which defendant must access to prepare for trial is available only at CTF, it is hereby

ORDERED that the motion is GRANTED. The District of Columbia Department of Corrections shall immediately transfer defendant to CTF.

SO ORDERED.

_____          _____
United States District Judge Royce C. Lamberth          Date

        5/8/08