UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff**,** ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-19 (RCL) |
| ) | |
| **FERNANDO ZAPATA-BERMUDEZ** ) | |
| ) | |
| Defendant**.** ) | |
| _____) | |

**PROPOSED ORDER OF DETENTION**

Upon consideration of the Government' motion to detain Ranfer Rios Mercadowithout bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2008,

ORDERED, that the Government's motion is granted and that Fernando Zapata-Bermudez will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that the Fernando Zapata-Bermudez should be detained because he has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. Fernando Zapata-Bermudez has no significant ties to the United States and their personal characteristics support the conclusion that they are a risk of flight if released.

3. Fernando Zapata-Bermudez is a danger to the community in general as a result of his drug trafficking activities.

4. Fernando Zapata-Bermudez has not rebutted the presumption contained in the Bail Reform

Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. See 18 U.S.C. § 3142(e).

5. Fernando Zapata-Bermudez shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6. Fernando Zapata-Bermudez shall be afforded reasonable opportunity for private consultation with counsel. 18 U.S.C. § 3142(i)(3).

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc:    Patrick H. Hearn, Trial Attorney
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Ave., N.W.,
       Washington, D.C. 20530
       patrick.hearn@usdoj.gov

       Mitchell M. Seltzer
       Suite 310
       717 D Street, N.W.
       Washington, D.C. 20004
       seltzermm@aol.com