# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: **05-342 (RCL)** | MAGIS. NO: |
| V. <br> ALVARO SERRANO ARCHBOLD-MANNER, et, al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> Fernando Zapata-Bermudez #19 <br> Republic of Colombia | |
| DOB: 10/16/51     PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **SECOND SUPERSEDING INDICTMENT** | DISTRICT OF ARREST | **FILED** <br> MAY 08 2008 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | Clerk, U.S. District and Bankruptcy Courts |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: <br> 21:959, 960 and 963; 21:959 and 963; 18:2; 21:853 and 970 |
|---|---|

| BAIL FIXED BY COURT: <br> **HWOB** | OTHER CONDITIONS OF RELEASE: |
|---|---|
| ORDERED BY: <br> **MAGISTRATE JUDGE ROBINSON** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> **U.S. MAGISTRATE DEBORAH A. ROBINSON** |
| CLERK OF COURT: <br> **Nancy Mayer-Whittington** | BY DEPUTY CLERK: |

| DATE ISSUED: <br> April 13, 2006 |
| DATE: <br> APR 18 2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5-8-08 | NAME AND TITLE OF ARRESTING OFFICER <br> Per Recording officer <br> DUSM D. L. Tolliver | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE:    Yes    No X | | OCDETF CASE:    Yes    No X |