UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIM. No. 05-342-19(RCL) |
| : | |
| FERNANDO ZAPATA-BERMUDEZ, : | |
| Defendant : | |

## NOTICE OF APPEARANCE

TO: The clerk of this court and all parties of record:

You are hereby notified that I appear for the defendant indicated above in the entitled action pursuant to appointment under the Criminal Justice Act, *Nunc Pro Tunc* to May 8, 2008.

Respectfully submitted,

_____
Mitchell M. Seltzer
Bar #261933
Counsel for Mr. Zapata-Bermudez
717 D Street, N.W. #310
Washington, D.C. 20004
(202) 347-2333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically upon the United States Attorney's Office and each codefendant counsel of record this ___3d___ day of June 2008.

_____