**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED
JUL 1 8 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-342-03, |
| : | 12, 15, 17, 18, 19 |
| : | (RCL) |
| : | |
| ARCHBOLD-MANNER et. al., : | |
| (Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12), | |
| Jose Alvarez-Lozano (15), German Villegas-Mejia (17), | |
| Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19) | |

**ORDER**

Upon consideration of Defendants' Motion To Extend Time to File Pretrial Motions, and the entire record in this case, it is hereby this ___18th___ day of July, 2008,

**ORDERED**, that the defendants' motion be **GRANTED**; and is further

**ORDERED**, that the deadline for the filing of pretrial motions shall be extended until July 21, 2008.

_____
ROYCE C. LAMBERTH,
**CHIEF JUDGE**
United States District Court
for the District of Columbia