**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 05-CR-0342 RCL |
| | : | |
| | : | |
| JESUS MURILLO LENIS, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

     This matter is before the court on a Motion filed by JESUS ANTONIO MURILLO-LENIS seeking an order to direct the government to preserve notes and tangible evidence that may or may not be used in the government's case in chief. It appearing to the court that good cause has been shown for the relief requested. WHEREFORE, IT IS ORDERED this _____ day of _____2008 that the government provide the defense with the notes of any government agents including but not limited to law enforcement personnel.

_____
J  U  D  G  E
