UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | |
| ) | Criminal Case No. 1:05-cr-00342-RCL |
| **ARCHBOLD-MANNER** ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF ADDITION OF COUNSEL**

The United States of America informs the Court that Trial Attorney Mary E. Mogavero, is to be added to this case as counsel of record.  Please enter her appearance in this matter as counsel for the United States of America.

Dated this 26th day of August 2008.

Respectfully submitted,

_____/s/_____
Mary E. Mogavero
Trial Attorney,
United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W., Suite 11406
Washington, DC 20530
Phone:  (202) 305-2795
Fax:     (202) 514-6112
E-Mail: Mary.Mogavero@usdoj.gov